# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED IN
THIS VOLUME.

---

No. 2,648.—STATE, Respondent, v. GEORGE PLATT, Appel-
LANT.

*Appeal from District Court, Jefferson County; Lew. L. Calla-
way, Judge.*

On motion to dismiss appeal.

Decided May 7, 1909.

Per Curiam.—It is ordered that the appeal in the above-
entitled cause be, and the same is hereby, dismissed in accordance
with motion of the attorney general, supported by affidavit,
setting forth that brief of appellant had not been served upon
counsel for the state within forty-five days, or at all.

*Messrs. Denny & Davis,* and *Mrs. Ella Knowles-Haskell,* for
Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.

---

No. 2,726.—In re Application of B. S. THRESHER for Writ
of Habeas Corpus, for and on Behalf of THOMAS
STAGGS.

Decided May 24, 1909.

Per Curiam.—Applicant's petition for a writ of *habeas corpus*
is, after due consideration by the court, denied.

*Mr. B. S. Thresher,* for Complainant.